IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

ERIC HOUSE, and
MARQUEL ALI

       Plaintiffs,

v.            CIVIL ACTION NO.   3:16-06654

RENT-A-CENTER FRANCHISING
INTERNATIONAL, INC.,

       Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion and Order, the Court **GRANTS** Defendant's Motion to Dismiss, or Stay the Case and Compel Arbitration and **ORDERS** that this case be dismissed and stricken from the docket of this Court pending arbitration.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

      ENTER:  December 21, 2016

      _____
      ROBERT C. CHAMBERS, CHIEF JUDGE