IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**ERIC HOUSE and**
**MARQUEL ALI,**                                   **CIVIL ACTION NO. 3:16-cv-06654**

      **Plaintiffs,**

**v.**

**RENT-A-CENTER FRANCHISING**
**INTERNATIONAL, INC.**

      **Defendant.**

## PLAINTIFFS' NOTICE OF APPEAL

Your Plaintiffs, Eric House and Marquel Ali, by their counsel, Hoyt Glazer and the Law Office of Hoyt Glazer, PLLC, give notice that they appeal the final Memorandum Opinion and Order entered in this action on the 21st of December of 2016.

      RESPECTFULLY SUBMITTED,
      MARQUEL ALI and ERIC HOUSE,
      By their counsel,

s/Hoyt Glazer_____
Hoyt Glazer (WV Bar #6479)
Law Office of Hoyt Glazer, PLLC
618 Tenth Street, Suite 105
Huntington, West Virginia 25701
(681) 204-3914 phone
(681) 245-6283 fax