FILED: March 29, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1067
(3:16-cv-06654)
_____

ERIC HOUSE; MARQUEL ALI

    Plaintiffs - Appellants

v.

RENT-A-CENTER FRANCHISING INTERNATIONAL, INC.

    Defendant - Appellee

_____

O R D E R
_____

    Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk